# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2295
Lower Tribunal No. 2019-CA-004517

_____

DONALD W. GRACE, III,

Appellant,

v.

SHAROLYNN P. BRENNAN, individually, and SHAROLYNN P. BRENNAN, as Trustee of the DONALD W. GRACE REVOCABLE TRUST DATED NOVEMBER 14, 2006, AS AMENDED AND RESTATED, and CRYSTOFER J. ROBERTS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Jay P. Cohen, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Allison Morat, Michael M. Brownlee, and Grace Zogaib, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Derek J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED